UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. **3:12-00170** |
| | ) | |
| v. | ) | 21 U.S.C. § 846 |
| | ) | |
| [1] JAVIER PONCE-CURRASCO | ) | |
|    a/k/a EDIBERTO ARELLANO-DIAZ | ) | **UNDER SEAL** |
|    a/k/a EDDIE | ) | |
|    a/k/a RAMBO | ) | |
| | ) | |
| [2] ABRAN ARELLANO-GARCIA | ) | |
| | ) | |
| [3] ELICIO FUERTE-BARRIGA | ) | |
| | ) | |
| [4] RAUL BERUMEN | ) | |
| | ) | |
| [5] JAIME BENCOMO-GARCIA | ) | |
|    a/k/a JAIME GARCIA | ) | |
| | ) | |

## ORDER

This matter comes before the Court on the Government's Motion to Seal Indictment. It is hereby ordered that:

The Motion is granted and the Indictment is ordered sealed, pending further order of the Court, except that a copy of the Indictment: (a) may be provided by the Government to the defendant or the defendant's counsel after the defendant is arrested; and (b) shall be provided by the Clerk's office to the United States Marshals Service (USMS) to permit the USMS to perform its statutorily-authorized duties.

The Clerk is directed to file this Order and related matters under seal and, except for a copy of the Indictment the Clerk shall provide to the USMS, to serve them only on counsel for the Government.

Dated: 8-16-12