# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

> **Motion GRANTED. Status Conference set for 9/27/13 at 2:00 p.m.**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | No. 3:12-00170 |
| ) | Judge Aleta Trauger |
| ABRAN ARELLANO-GARCIA ) | |

## MOTION TO SET STATUS CONFERENCE

COMES NOW the defendant, Abran Arellano-Garcia, by and through his attorney John P. Cauley, and respectfully requests that the Court set a status conference in the above referenced case. In support of this request the defendant asserts that eleven months have passed since his arrest and detention. (DE 170) This is far too long a period of time for this matter to be without a trial date and accompanying deadlines. The defendant therefore asks that this Court set this matter for a status conference in order ascertain the status of the Government's case with the intent of establishing a trial date with related filing deadlines.

Respectfully submitted,

/s/ John P. Cauley
John P. Cauley, Attorney
1550 West McEwen Drive
Suite 300, Box 19
Franklin, TN 37067
(615) 790-2426
john@johncauley.com