IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | |
| **vs.** | ) | **NO: 3:12-170** |
| | ) | **JUDGE TRAUGER** |
| | ) | |
| **JAVIER PONCE CURRASCO** | ) | |

## MOTION FOR APPOINTMENT OF NEW COUNSEL

Comes counsel for the defendant, Javier Ponce-Currasco, and at the specific request of the defendant, and files this request for the appointment of new counsel. In support of which it would be shown that at the most recent attorney-client conference on January 27, 2014 while in review of the discovery and preparation for trial, the defendant expressed his dissatisfaction and asked that counsel communicate to the court that he wants the court to appoint new counsel. Trial in this cause is set for April 08, 2014.

Respectfully submitted,

s/ Michael D. Noel
_____
Michael Noel
Attorney for Javier
    Ponce Currasco

5115 Maryland Way
Brentwood, TN 37027
TSCRN 2593