# UNITED STATES DISTRICT COURT
for the

MIDDLE District of TENNESSEE

| | |
|---|---|
| United States of America )<br>v. )<br>JAVIER PONCE-CURRASCO )<br>)<br>Date of Original Judgment: 9/16/2015 )<br>Date of Previous Amended Judgment: )<br>*(Use Date of Last Amended Judgment if Any)* | Case No: 3:12-cr-170-1<br><br>USM No: 45538-177<br><br>James Simmons<br>*Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of  **X** the defendant  ☐ the Director of the Bureau of Prisons  ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
  **X** DENIED.   ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ .

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated  9/16/2015  shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 9/11/2024

*Judge's signature*

Effective Date: 9/11/2024

ALETA A. TRAUGER, U.S. DISTRICT JUDGE
*(if different from order date)*  *Printed name and title*